UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
AmTrust Bank,

       Plaintiff,

v.

PAUL VAN DOORNE, and individual,
and JOHN MARXER, an individual,

       Defendants.

_____/

Case No.  10-10688

District Judge Patrick J. Duggan

Magistrate Judge R. Steven Whalen

## ORDER TO EXTEND THE TIME FOR SERVICE AND FOR
## ALTERNATE SERVICE AS TO DEFENDANT JOHN MARXER

This matter comes before the Court on Plaintiff's Motion to Extend the Time for

Service and for Alternate Service as to Defendant John Marxer.  The Court having been fully

advised in the premises, the Court finds that good cause exists to extend the time for service

under Fed. R. Civ. P. 4(m) and that service of process upon Defendant John Marxer cannot

reasonably be made as provided in Fed. R.Civ. P. 4(e)(1).

Now, therefore,

IT IS HEREBY ORDERED that the time for service is extended until March 24,

2010.

IT IS FURTHER ORDERED that service upon Defendant, John Marxer of the

summons and complaint in this case and a copy of this Order may be made by the following

method(s):

     (1)     First class mail to John Marxer, 25656 Island Lake, Novi, Michigan 48374.

     (2)     Certified mail to John Marxer, 25656 Island Lake, Novi, Michigan 48374.

     (3)     Tacking or firmly affixing to the door at 25656 Island Lake, Novi, Michigan 48374.

IT IS FURTHER ORDERED that Plaintiff shall file a Proof of Service as to its service upon Defendant, John Marxer as set forth above.

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  March 2, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 2, 2010.


s/G.  Wilson
Judicial Assistant