UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | No. 10-10688 |
| Plaintiff, | District Judge Patrick J. Duggan |
| v. | Magistrate Judge R. Steven Whalen |
| PAUL VAN DOORNE, ET.AL., | |
| Defendants. | |

## ORDER

Before the Court is attorney Larry R. Jensen's motion to withdraw as counsel for Defendant Paul Van Doorne [Docket #19]. The motion was heard on July 8, 2010.

Attorney Jensen stated on the record on July 8, 2010, that pursuant to the Court's Notice of Hearing sent out on June 16, 2010, he notified Mr. Van Doorne, by mail and by telephonic conversation, of the date, time and place of the hearing. However, Mr. Van Doorne did not appear at the hearing.

Therefore, the Court will CONDITIONALLY GRANT Mr. Jensen's motion to withdraw, with the following provisions:

(1) Mr. Jensen will serve a copy of this Order on Mr. Van Doorne, by both certified mail and regular mail, and will also notify Mr. Van Doorne telephonically of the contents of this Order.

(2) If Mr. Van Doorne for any reason objects to the motion to withdraw being granted, he shall file with the Clerk of this Court a written objection, including an explanation of why he objects, within 14 days of the date of this Order.

(3) If no objection is filed within 14 days, the Court will enter a final order

permitting Mr. Jensen and the law firm of Hall Render Killian Heath & Lyman, PLLC to withdraw.

(4) Mr. Van Doorne will obtain new counsel within 30 days of a final order granting Mr. Jensen and his law firm to withdraw.

IT IS SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 8, 2010.

S/Gina Wilson
Judicial Assistant